AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Angell, M. Faith | **2. Court or Organization**<br><br>United States District Court for the Eastern District of PA | **3. Date of Report**<br><br>04/17/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>The Robert N.C. Nix, Sr. Federal Building<br>Suite 211, 900 Market Street<br>Philadelphia, PA 19107 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Bryn Mawr School of Social Work and Social Research |
| 2. | Executive Board Member | Temple Law Alumni Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 04/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/14/2014 | Judicial Retirees and Survivors Admn. Annuity - Salary | $176,188.71 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 04/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lombard Swim Club | | None | J | T | | | | | |
| 2. SIMPLE SIMON INVESTMENT CLUB (SSIC) - HEADER | | | | | | | | | |
| 3. - Ansys Inc. | A | Dividend | J | T | | | | | |
| 4. - Avery Dennison Corp. | A | Dividend | J | T | | | | | |
| 5. - Boeing Corp | A | Dividend | J | T | | | | | |
| 6. - Cerner Corp | A | Dividend | J | T | | | | | |
| 7. - Cigna Corp | A | Dividend | J | T | | | | | |
| 8. - Cocoa Cola Co Com | A | Dividend | J | T | | | | | |
| 9. - CVS Corporation | A | Dividend | J | T | | | | | |
| 10. - Dover Corp. | A | Dividend | J | T | | | | | |
| 11. - EMC Corp. | A | Dividend | J | T | | | | | |
| 12. - First Defiance Financial Co | A | Dividend | J | T | | | | | |
| 13. - General Electric | A | Dividend | J | T | | | | | |
| 14. - General Mills | A | Dividend | J | T | | | | | |
| 15. - Google | | None | J | T | | | | | |
| 16. - Kimberly-Clark Corp. Com | A | Dividend | J | T | | | | | |
| 17. - Kraft Foods Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 04/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Mercadolibre Inc. | | None | | | Sold | 05/19/14 | J | | SSIC |
| 19. - Mondelez International Inc. | | None | | | Sold | 09/22/14 | J | | SSIC |
| 20. - Myriad Genetics Inc. | | None | | | Sold | 11/17/14 | J | | SSIC |
| 21. - Nautilus | A | Dividend | J | T | | | | | |
| 22. - PNC Financial Serivces Group | A | Dividend | J | T | | | | | |
| 23. - Proctor Gmbl | A | Dividend | J | T | | | | | |
| 24. - Roche Holdings | A | Dividend | J | T | | | | | |
| 25. - Target Corp | | None | | | Sold | 02/03/14 | J | | SSIC |
| 26. - Teva Pharmaceuticals Inds Ltd. (ADR) | A | Dividend | J | T | | | | | |
| 27. - Akaska Air Group Inc. | | None | J | T | Buy | 05/19/14 | J | | SSIC |
| 28. - Alcoa Inc. | | None | J | T | Buy | 11/17/14 | J | | SSIC |
| 29. - American Wtr Wks Co Inc. | | None | J | T | Buy | 04/14/14 | J | | SSIC |
| 30. - Caterpillar Inc. | | None | J | T | Buy | 05/19/14 | J | | SSIC |
| 31. - Halyard Health Inc Com | | None | J | T | Buy | 11/03/14 | J | | SSIC |
| 32. - Helmerich & Payne Inc. | | None | J | T | Buy | 05/18/14 | J | | SSIC |
| 33. - Knowles Corporation | | None | | | Sold | 05/19/14 | J | | SSIC |
| 34. - Micron Technology Inc. | | None | J | T | Buy | 05/19/14 | J | | SSIC |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 04/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PPL Corp. | A | Dividend | J | T | | | | | |
| 36. - Sandisk Corporation | A | Dividend | J | T | | | | | |
| 37. - Gilead Sciences, Inc. | | | | | Buy | 05/19/14 | J | | SSIC |
| 38. PNC INVESTMENTS - 401K - HEADER | | | | | | | | | |
| 39. - SPDR Barclays Capital Intl ETF | A | Dividend | J | T | | | | | |
| 40. - Franklin Floating Rate Daily A | | None | | | Sold | 10/07/14 | J | | PNC Investments |
| 41. - Metropolitan West FDS | A | Dividend | K | T | | | | | |
| 42. - PIMCO FDS | A | Dividend | J | T | | | | | |
| 43. - Mainstay FDS TR | A | Dividend | J | T | | | | | |
| 44. - Artisan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 45. - Cohen & Steers Realty Shaires | A | Dividend | J | T | | | | | |
| 46. - Fidelity Advisor Small Cap Fun | A | Dividend | J | T | | | | | |
| 47. - Prudential Jennison Mid Cap Growth CL Z | A | Dividend | J | T | | | | | |
| 48. - Lord Abbett International Core Equity Fund | | None | | | Sold | 10/07/14 | J | | PNC Investments |
| 49. - Dodge & Cox Stock Fund | | None | | | Sold | 10/03/14 | J | | PNC Investments |
| 50. - JPMorgan Emerging Markets Equity Fund | | None | | | Sold | 10/03/14 | J | | PNC Investments |
| 51. - Vanguard World FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 04/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Federated Prime Cash Obligations | | None | | | Sold | 12/18/14 | J | | PNC Investments |
| 53.  - Vanguard Index | A | Dividend | J | T | | | | | |
| 54.  - Harbor International Institutional Fund | | None | J | T | Buy | 10/06/14 | J | | PNC Investments |
| 55.  - Harding Loevner Emerg Mrkts Port Adv | | None | J | T | Buy | 10/06/14 | J | | PNC Investments |
| 56.  - T Rowe Price Value Fund Advisor CL | | None | J | T | Buy | 10/06/14 | J | | PNC Investments |
| 57.  - Metwest Uncontrained Bond M | | None | J | T | Buy | 12/15/14 | J | | PNC Investments |
| 58.  T Rowe Price Instl Floating Rate | | None | J | T | Buy | 10/06/14 | J | | PNC Investments |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 04/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1VII Investments:

Line 1 Lombard Swim Club - the location has been moved within the report because it is neither SSIC or PNC Investments-401K.

Line 2 is the Simple Simon Investment Club (SSIC) header.

Lines 3-37 are held by SSIC. The total value is $78,653.33. My percentage is 14.51%.

Line 26 Teva Pharmaceuticals Inds Ltd - erroneously reported as closed on the 2013 report.

Line 33 Knowles Corporation - was erroneously left off of the 2013 Report - the Buy date was 03/13/13 with a code of J.

Line 35 PPL Corp - was erroneously left off of the 2013 Report - the Buy date was 11/18/13 with a code of J.

Line 36 Sandisk Corpation - was erroneously left off of the 2013 Report - the Buy date was 11/21/13 with a code of J.

Line 38 is the PNC Investments - 401K header.

Lines 39-58 are held by PNC Investments - 401K.

Line 52 Federated Prime Cash Obligations - was erroneously left off of the 2013 Report. The Buy date was 12/31/2013 with a code of J.

Line 53 Vanguard Index - was erroneously left off of the 2013 Report - the Buy date was 12/27/13 with a code of J.

NOTE: in 2013 investments were being transferred from Janney Montgomery to PNC Investments with some disruption. My apologies for any inconvenience.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **M. Faith Angell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544